1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICARDO GIL RAMIREZ,

11              Petitioner,              No. 2:10-cv-3200 JAM JFM (HC)

12        vs.

13   M. MARTEL,

14              Respondent.             <u>ORDER</u>

15   _____/

16              Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On March 7, 2011, respondent filed a motion to dismiss

18   this action.  Petitioner has not opposed the motion.

19              Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."  Local Rule 110 provides that failure to comply with the Local

22   Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or

23   within the inherent power of the Court."

24              Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

25   date of this order, petitioner shall file an opposition, if any he has, to the motion to dismiss or a

26   /////

                                         1

1  statement of non-opposition.  Failure to comply with this order will result in a recommendation

2  that this action be dismissed.

3  DATED: April 7, 2011.

4

5                                        _____

6                                        UNITED STATES MAGISTRATE JUDGE

7  12

8  rami3200.46osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26